IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH A. HUOVINEN<br>(f/k/a Elizabeth Taylor),<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WILMINGTON and<br>KENNETH BUKOWSKI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Ca. No. 07-362 SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Gary W. Lipkin, do hereby certify that on September 14, 2007, I caused to be served two copies of Defendants City of Wilmington and Kenneth Bukowski's Initial Disclosures Made Pursuant To Fed. R. Civ. P. 26(a) on the following counsel of record via hand delivery:

Steven F. Mones, Esq.
Biggs and Battaglia
921 Orange St.
Wilmington, DE 19899

DATED:   September 14, 2007

**CITY OF WILMINGTON**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
Assistant City Solicitor
City/County Building
800 N. French Street
Wilmington, DE 19801
302.576.2187

Attorney for Defendants City of
Wilmington and Kenneth Bukowski

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, do hereby certify that on September 14, 2007, I caused to be served a copy of the foregoing Notice of Service on the following counsel of record via e-filing:

Steven F. Mones, Esq.
Biggs and Battaglia
921 Orange St.
Wilmington, DE 19899

/s/ Gary W. Lipkin (De Bar I.D. No. 4044)