UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH A. HUOVINEN <br> (f/k/a Elizabeth Taylor), | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | C.A. No. 07-362 SLR |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| CITY OF WILMINGTON and <br> KENNETH BUKOWSKI, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

On this date two copies of Plaintiff's Initial Disclosures were served, by the methods indicated, on the following individuals:

Gary W. Lipkin, Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, DE  19801
*By e-mail and facsimile*

                                            BIGGS AND BATTAGLIA

                                            /s/   Steven F. Mones
                                            Victor F. Battaglia (Del.Bar #156)
                                            Steven F. Mones (Del.Bar #2611)
                                            921 North Orange Street
                                            P.O. Box 1489
                                            Wilmington, DE 19899
                                            T: 302-655-9677
                                            F:  302-655-7924
                                            smones@batlaw.com
                                            Attorneys for Plaintiff

September 18, 2007