IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH A. HUOVINEN<br>(f/k/a Elizabeth Taylor),<br><br>           Plaintiff,<br><br>           v.<br><br>CITY OF WILMINGTON and<br>KENNETH BUKOWSKI,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Ca. No. 07-362 SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Gary W. Lipkin, do hereby certify that on October 4, 2007, I caused to be served two copies of: (i) Defendants City of Wilmington and Kenneth Bukowski's First Set of Interrogatories Directed to Plaintiff; and (ii) Defendants City of Wilmington and Kenneth Bukowski's First Requests for Production Directed to Plaintiff on the following counsel of record via hand delivery:

    Steven F. Mones, Esq.
    Biggs and Battaglia
    921 Orange St.
    Wilmington, DE 19899

DATED:    October 4, 2007

**CITY OF WILMINGTON**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
Assistant City Solicitor
City/County Building
800 N. French Street
Wilmington, DE 19801
302.576.2187

Attorney for Defendants City of
Wilmington and Kenneth Bukowski

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, do hereby certify that on October 4, 2007, I caused to be served a copy of the foregoing Notice of Service on the following counsel of record via e-filing:

Steven F. Mones, Esq.
Biggs and Battaglia
921 Orange St.
Wilmington, DE 19899

/s/ Gary W. Lipkin (De Bar I.D. No. 4044)