UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ELIZABETH A. HUOVINEN )<br>(f/k/a Elizabeth Taylor), )<br>          Plaintiff, ) | C.A. No. 07-362 (SLR) |
| )<br>v. ) | JURY TRIAL DEMANDED |
| )<br>CITY OF WILMINGTON and )<br>KENNETH BUKOWSKI, )<br>          Defendants. ) | |

## NOTICE OF DEPOSITIONS

Counsel for plaintiff shall take the depositions of the following individuals, on the dates and at the times listed, at the offices of plaintiff's counsel:

| | |
|---|---|
| Firefighter Glen Milton: | Thursday, October 25, 2007, at 10:00 a.m. |
| Firefighter Louis Quinones: | Thursday, October 25, 2007, at 11:30 a.m. |
| Firefighter David Morgan: | Thursday, October 25 2007, at 1:00 p.m. |

BIGGS AND BATTAGLIA

/s/   Steven F. Mones
Steven F. Mones (Del.Bar #2611)
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
T: 302-655-9677
F:  302-655-7924
smones@batlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on this date, one copy of plaintiff's Notice of Depositions was served, by electronic filing (and one copy by hand), on the following individual:

Gary W. Lipkin, Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, DE  19801-3537

/s/  Steven F. Mones
Steven F. Mones (Del. Bar #2611)

October 19, 2007