**City of Wilmington**
**Delaware**

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



January 14, 2008

VIA E-FILING AND HAND DELIVERY

The Honorable Sue L. Robinson
District of Delaware
844 N. King St.
Wilmington, DE 19801

    Re:    *Elizabeth A. Huovinen v. City of Wilmington, et al.*,
            C.A. No. 07-362 (SLR)

Dear Judge Robinson:

    I am pleased to report that the parties have agreed to amicably resolve this matter. As such, the Court may disregard Defendants' Motion to Amend its Answer as moot. The parties anticipate filing a formal Stipulation of Dismissal in the near future.

    As always, we remain available should the Court have any questions or concerns.

                                              Respectfully,

                                              Gary W. Lipkin (#4044)
                                              Assistant City Solicitor

cc:    Clerk of Court (via e-filing)
        Steven F. Mones, Esq. (via e-filing)