IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELIZABETH A. HUOVINEN** ) <br> (f/k/a Elizabeth Taylor), ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Ca. No. 07-362 SLR <br> ) <br> **CITY OF WILMINGTON** and ) JURY TRIAL DEMANDED <br> **KENNETH BUKOWSKI**, ) <br> ) <br> Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, this 5th day of February, 2008, by and between the parties to this action, acting through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims contained in this action against Defendants City of Wilmington and Kenneth Bukowski shall be, and are hereby, DISMISSED WITH PREJUDICE.


**BIGGS AND BATTAGLIA**                                    **CITY OF WILMINGTON**


/s/ Steven F. Mones                                         /s/ Gary W. Lipkin
Steven F. Mones (DE Bar No. 2611)                           Gary W. Lipkin (DE Bar No. 4044)
921 N. Orange St.                                           800 N. French St., 9th Floor
P.O. Box 1489                                               Wilmington, DE 19801
Wilmington, DE 19899                                        (302) 576-2187
(302) 655-9677

Attorney for Plaintiff                                      Attorney for Defendants
Elizabeth A. Huovinen                                       City of Wilmington and Kenneth Bukowski